**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

FEB 23 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JATINDER PAL SINGH,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 06-74484

Agency No. A077-428-513

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 15, 2011[**]

Before:     CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Jatinder Pal Singh, a native and citizen of India, petitions for review of the

Board of Immigration Appeals' ("BIA") order denying his motion to reopen based

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We grant the petition for review and remand.

At the time of its decision, the BIA did not have the benefit of the Attorney General's decision in *Matter of Compean*, 25 I & N Dec. 1 (A.G. 2009) (BIA has power "to consider claims of ineffective assistance of counsel based on conduct of counsel that occurred after a final order of removal had been entered."). We therefore remand for the BIA to consider Singh's claim in light of this intervening caselaw.

**PETITION FOR REVIEW GRANTED; REMANDED.**